*A. C. Donald,* for appellant.

*J. L. Embree,* for appellees.

------------------●------------------

GREEN *v.* BIRCHARD.

APPEAL from the *Hendricks* Circuit Court.

RAY, J.—This was an action by the appellee. to recover the value of two trunks and their contents, left with the appellant, who was ticket agent for the *Terre Haute* railroad at *Plainfield.* The proof shows that the trunks were left with the appellant as a matter of convenience to the appellee, and without any compensation being paid for the storage. There was no proof of even ordinary negligence by the appellant, and the finding against him cannot, therefore, be sustained. On the trial, the appellant offered evidence to prove that he did not receive and store baggage for hire,

but only as a matter of accommodation to passengers by the railroad. The court excluded the evidence. This was error. In the absence of any proof in this case of a special contract, it was proper to show the manner in which such property was, as a matter of fact, always received by the appellant. This was a circumstance proper for the consideration of the jury.

The judgment is reversed, with costs.

*L. M. Campbell* and *J. V. Hadley,* for appellant.

*C. C. Nave,* for appellee.

